Law Office of Peter A. Fitzpatrick, (CA Bar #182893)
1000 Brannan Street, Suite 304
San Francisco, CA 94103
(415) 271 9508

Peter@paflaw.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Xiu Ying Ling Liang, a/k/a "Elaine Liang",<br><br>Defendant. | CR 14-0196-CRB-23<br><br>ORDER<br><br>DATE:<br>TIME:<br>DEPT: |

    Pursuant to Criminal Local Rule 32-2, this Stipulation is entered into by and among Plaintiff, the United States of America, and Defendant, Xiu Ying Ling Liang, a/k/a "Elaine Liang" (together, the "Parties"), through their respective attorneys of record.

    WHEREAS, Ms. Liang entered a guilty plea on January 4, 2017;

    WHEREAS, Ms. Liang's sentencing is scheduled for May 10, 2017;

    WHEREAS, Ms. Liang's counsel is presently expected to be in trial in Sacramento Superior Court, People v. Darrin Reid, and Ms. Liang is unavailable to participate in her scheduled probation interview due to illness, hereby requests an order moving the sentencing to July 25, 2017 at 1:30 p.m.;

    WHEREAS, the Parties and their counsel are each agreeable to the new date.

    WHEREAS, the Parties have conferred with the Courtroom Deputy Clerk and confirmed that July 25, 2017, is available on this Court's calendar;

THEREFORE, the Parties hereby stipulate and agree, with the Court's approval, to move Ms. Liang's sentencing to July 25, 2017 at 1:30 p.m.

Respectfully submitted this 27th day of March, 2017

_____/S/_____
PETER A. FITZPATRICK
Counsel for Defendant Denzel Anderson

## PROOF OF SERVICE

I, Peter Fitzpatrick, certify that on March 23, 2017 I served all the parties in this matter by causing the preceding pleading to be filed electronically, as set forth by Local Rule 5-1.

Dated:  March 23, 2017                                             /s/
                                                                              PETER FITZPATRICK

1

## [~~PROPOSED~~] ORDER

2

3   Based on the Stipulation of the Parties, and good cause appearing therefore, the sentencing date
of ~~July 24, 2015~~ May 10, 2017, shall be VACATED and the new sentencing date is hereby set for ~~August 7, 2015~~ at

4

5   ~~11:00 a.m.~~ July 25, 2017 at 10:00 a.m.

6   **IT IS SO ORDERED.**

7   Dated: ~~June ___, 2015~~ April 3, 2017

_____
HON. ~~Susan Ilston~~   CHARLES R. BREYER

8   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28