UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KWOK CHEUNG CHOW, et. al.,<br>    Defendants. | No. CR 14-0196 CRB<br><br>[~~PROPOSED~~] ORDER<br><br>Court: The Honorable Charles R. Breyer |

**ORDER**

Upon consideration of the government's request for a sentencing date and any opposition thereto, good cause appearing therefor,

IT IS HEREBY ORDERED, that the following defendants shall be sentenced by the Court on the date of _____August 1_____, 2017, at __10:00__ a.m./~~p.m.~~:

- George Nieh
- Kevin Siu
- Xiao Cheng "Michael" Mei
- Leslie Yun
- Yat Wa "James" Pau
- Tina Liang
- Xiu Ying Ling "Elaine" Liang

SO ORDERED.

Dated: April __13__, 2017.

                                                                                                    
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA