UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date:   January 8, 2018              Judge:  Honorable Charles R. Breyer

Court Reporter:  Kathy Wyatt
Time: 18 Minutes
Case No.:  CR14-0196-23 CRB
Case Name:  USA v. Xiu (Elaine) Ying Ling Liang (Present)(NC)

Attorney(s) for Government: William Frentzen, Susan Badger and Waqar Hasib
Attorney(s) for Defendant(s): Peter Fitzpatrick
Interpreter: Benjamin Yeung (Cantonese)
Probation Officer:  Jill Spitalieri

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Sentencing hearing held.  The Court sentenced the defendant to the Bureau of Prisons for a term of 36 months.  The defendant was placed on supervised release for a term of three years under the usual terms and conditions and the special conditions: Defendant shall pay any special assessment that is imposed by this judgment and that remains unpaid at the commencement of the term of supervised release; Defendant shall not associate with any member of the Chee Kung Tong (CKT) gang; With the exception of her son, Serge Gee, she shall not have contact with any other codefendant in this case; Defendant shall cooperate in the collection of DNA; Defendant shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; Defendant shall submit her person, residence, office, vehicle, or any property under her control to a search. It is further ordered that the defendant pay a special assessment of $100.00. The Court finds the defendant does not have the ability to pay the fine and orders it waived. Defendant forfeits any interest as outlined in presentence report.  See J & C for additional details. The Court recommends to the BOP that the defendant participate in the RDAP program and be housed in a facility near the Bay Area.  The defendant shall self-surrender on or before March 8, 2018 to the designated facility or the U.S. Marshal.