Law Office of Peter A. Fitzpatrick, (CA Bar #182893)
1000 Brannan Street, Suite 304
San Francisco, CA 94103
(415) 271 9508

Peter@paflaw.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Xiu Ying Ling Liang, a/k/a "Elaine Liang",<br><br>Defendant. | CR 14-0196-CRB-23<br><br>**STIPULATED REQUEST TO ALLOW DEFENDANT TO TRAVEL TO THE CENTRAL DISTRICT AND DISTRICT OF NEVADA BETWEEN 2/15/18 AND 2/22/18 AS PART OF HER CONDITIONS OF RELEASE WITH [PROPOSED] ORDER** |

Pursuant to Criminal Local Rule 32-2, this Stipulation is entered into by and among Plaintiff, the United States of America, and Defendant, Xiu Ying Ling Liang, a/k/a "Elaine Liang" (together, the "Parties"), through their respective attorneys of record.

WHEREAS, Ms. Liang entered a guilty plea on January 4, 2017;

WHEREAS, Ms. Liang's sentencing occurred on January 8, 2018 and her voluntary surrender date is March 8, 2018;

WHEREAS, Ms. Liang seeks to travel to Los Angeles, California and Las Vegas, Nevada between the dates of February 15, 2018 and February 22, 2018.

WHEREAS, the Parties and Ms. Liang's pretrial services Officer are agreeable to Ms. Liang's requested travel plans.

Accordingly, the Parties and Pretrial Services request this Court to allow for her travel to Los

Angeles, California and Las Vegas, Nevada between the dates of February 15, 2018 and February 22, 2018.

Respectfully submitted this 7th day of February, 2018

_____/S/_____
PETER A. FITZPATRICK
Counsel for Defendant Elaine Liang


_____/S/_____
Susan Badger
A.U.S.A. Trial Attorney

1

ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

2

I, Peter A. Fitzpatrick, attest that concurrence in the filing of this document has been obtained from all signatories.

3

Dated: February 7, 2018              _____/S/_____

4

                                 PETER A. FITZPATRICK
                                 Counsel for Defendant Elaine Liang

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Based on the Stipulation of the Parties, and good cause appearing therefore, Ms. Liang is allowed to travel to Los Angeles, California and Las Vegas, Nevada between the dates of February 15, 2018 and February 22, 2018.  The order for her voluntary surrender date of March 8, 2018 is still in effect.


**IT IS SO ORDERED.**


Dated: _____        _____
                                                          HON. Charles R. Breyer
                                                          United States District Judge