IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>        Plaintiff,<br>    v.<br>Xiu Ying Ling LIANG, a/k/a "Elaine Liang,"<br>        Defendant. | Case No. 14-cr-00196-CRB-23<br><br>**ORDER GRANTING FINAL EXTENSION OF SURRENDER DATE** |

Defendant Xiu Ying Ling Liang ("Defendant" or "Liang") asks the Court to extend her surrender date an additional thirty (30) days from May 3, 2018. See Mot. (dkt. 2080) at 2; but see id. at 4 ("Defendant respectfully requests that the Court grant Defendant's request to stay execution of the proceedings until after Defendant's writ petition is heard, or in the alternative, delay Defendant's turn-in date until after she finds suitable care for her adult dependents."). The Court already extended Liang's surrender date to April 5, 2018 so that she could arrange care for her dependents. See Order Granting Motion for Extension of Surrender Date (dkt. 2044) (noting in March 2018 that "[t]he Court imposed sentence nearly three months ago"). The Court then agreed to permit Liang to voluntarily surrender on May 3, 2018. See Order for Voluntary Surrender (dkt. 2071). Liang now asserts, on the eve of her May 3, 2018 surrender date, that she has been unable to secure a qualified caregiver for her two dependents. See Mot. at 2–3. Good cause appearing

//

//

therefor, the Court hereby EXTENDS Liang's surrender date until Monday, June 4, 2018. There will be no further extensions.

**IT IS SO ORDERED.**

Dated: May 2, 2018



CHARLES R. BREYER
United States District Judge